**Willard M. ROBINSON, Petitioner,**

v.

**UNITED STATES of America.**

**No. 15368.**

United States Court of Appeals
Eighth Circuit.

June 23, 1955.

Willard M. Robinson, pro se.

PER CURIAM.

Motion of petitioner for leave to proceed on appeal from United States District Court, Western District of Missouri, in forma pauperis denied, etc.

---

**Jesse PIERCE, Appellant,**

v.

**UNITED STATES of America,
Appellee.**

**No. 12415.**

United States Court of Appeals
Sixth Circuit.

June 15, 1955.

Marc J. Wolpaw, and Irwin B. Fried, Cleveland, Ohio, for appellant.

Sumner Canary and Eben H. Cockley, U. S. Atty., Cleveland, Ohio, for appellee.

Before ALLEN, MARTIN, and McALLISTER, Circuit Judges.

PER CURIAM.

The judgment of the district court is affirmed for the reasons set forth in the opinion of Judge McNamee denying a new trial, 124 F.Supp. 264, and upon the authority of Goldman v. United States, 316 U.S. 129, 62 S.Ct. 993, 86 L. Ed. 1322; Flanders v. United States, 6 Cir., 222 F.2d 163; and Browner v. United States, 6 Cir., 215 F.2d 753.

---

**Wendell Wayne HOUCHENS**

v.

**UNITED STATES of America.**

**No. 5146.**

United States Court of Appeals
Tenth Circuit.

May 6, 1955.

Robert N. Trunk, Denver, Colo., for appellant.

Donald E. Kelley, U. S. Atty., and James W. Heyer, Asst. U. S. Atty., Denver, Colo., for appellee.

Before PHILLIPS, Chief Judge.

Dismissed per stipulation.

---

**Don Jesse NEAL**

v.

**George BECKSTEAD, Sheriff of Salt Lake County, and Marcel Graham, Warden of Utah State Prison.**

**No. 5147.**

United States Court of Appeals
Tenth Circuit.

May 26, 1955.

Herbert Monte Levy, New York City, D. F. Wilkins, Salt Lake City, Utah, and William F. Reynard, Denver, Colo., for appellant.

E. R. Callister, Jr., Atty. Gen., and Walter L. Budge, Asst. Atty. Gen., State of Utah, for appellees.

Before BRATTON, HUXMAN and PICKETT, Circuit Judges.

PER CURIAM.

Affirmed without written opinion.